**No. 59703.**—Norman G. Jensen et al. *v.* United States, protests 46409–K, etc. (Pembina).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the lumber is similar in all material respects to that the subject of *United States* v. *F. W. Myers & Co., Inc.* (24 C. C. P. A. 156, T. D. 48640) and *F. W. Myers & Co., Inc.* v. *United States* (73 Treas. Dec. 714, T. D. 49530), the claim of the plaintiffs was sustained as to certain of the protests in question.   The collector was directed to reliquidate the entries on the basis of the actual number of board feet of planed, tongued, and/or grooved lumber imported, as shown on the invoices and/or the entries covered by the said protests.   In all other respects and as to all other merchandise, including that contained in the cars specifically enumerated in the last paragraph of the stipulation, as to which merchandise the protests were abandoned, said protests were overruled.

**No. 59704.**—Leonard Levin Co. *v.* United States, protests 185667–K, etc. (Providence).

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified, *supra*, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation semiprecious stones, not faceted.